Demetrius L. McCOLLUM,
Plaintiff–Appellant,

v.

Correctional Officer WIGGINS; Lieutenant Vaughn; Case Manager Vaughn; Counselor Brown; Unit Manager McLamb, Defendants–Appellees,

and

Harley G. Lappin, Respondent.

No. 07–6543.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2007.

Decided: Dec. 26, 2007.

Demetrius L. McCollum, Appellant Pro Se. David Thomas Huband, Bureau of Prisons, Butner, North Carolina; Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius L. McCollum appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCollum v. Wiggins,* No. 5:04–ct–00008–BO (E.D.N.C. Feb. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*